UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**BRUCE M. CLARK et al,**

    **Plaintiff,**

v.

**AMIR FAKIC et al**,

    **Defendant.**                         No. 13-cv-1033-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 9, 2015 (Doc. 41), this case is **DISMISSED** with prejudice.

                                       JUSTINE FLANAGAN,
                                       ACTING CLERK OF COURT

                                       **BY:**       /s/*Caitlin Fischer*
                                                        **Deputy Clerk**

Dated:   January 8, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.01.08 12:04:55 -06'00'

APPROVED:
        U. S. DISTRICT JUDGE